IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Ronquel Livingston, | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-12898-JFA-PJG |
| | ) | Civil Action No. _____ |
| Barnwell County, Barnwell County | ) | |
| Sheriff's Office, Town of Barnwell, | ) | |
| South Carolina Highway Patrol, | ) | (State Court Case Number 2025CP0600278) |
| South Carolina Department of Public | ) | |
| Safety, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 United States Code §1441(a), §1446, and §1331, Defendant Town of Barnwell, represented by the undersigned counsel, with the consent of Defendants Barnwell County, Barnwell County Sheriff's Office, South Carolina Highway Patrol, and South Carolina Department of Public Safety, through their undersigned counsel, hereby invokes the jurisdiction of the United State District Court for the District of South Carolina, and states the following grounds for removal:

1. Plaintiff filed this action in the Court of Common Pleas for Barnwell County. This action was filed on July 30, 2025. State court filings to date are attached hereto as an exhibit. Plaintiff invokes 42 U.S.C. §1983 in the First Cause of Action in the Complaint, and the United States Constitution in Paragraphs Sixty-Three through Sixty-Seven (Fourth and Fourteenth Amendments), and Sixty-Nine. The first date of service on any defendant was September 11, 2025. All defendants served to date have joined in or consented to the removal of this action.

2. This action presents a claim and issue of federal law, in that the plaintiff asserts a Cause of Action pursuant to 42 USC §1983, for alleged violations of the Fourth and Fourteenth

1

Amendments to the United States Constitution, in the context of traffic stops, arrests, and investigatory detentions.

3. Based on the allegations of the Complaint, the plaintiff is an individual citizen of South Carolina, residing in Barnwell County.  The removing Defendant is a municipality (Town of Barnwell). The consenting Defendants are a political subdivision (Barnwell County), a state official sued as Barnwell County Sheriff's Office, a South Carolina State Agency (South Carolina Department of Public Safety, or SCDPS), and a division of that state agency (South Carolina Highway Patrol), which is not an entity subject to being sued separately.

4. The Court has original jurisdiction of this action based upon the federal question presented by Plaintiff in the Complaint. Pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over all state law claims, which derive from a common nucleus of operative fact with the federal claims. *See United Mine Workers v. Gibbs,* 383 U.S. 715, 725 (1966).

5. Venue is properly in the Aiken Division, as the case was initially filed in Barnwell County, and the Complaint alleges events occurring within Barnwell County.

6. Defendant Town of Barnwell submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, and without conceding that the Plaintiff has stated a claim upon which relief may be granted.

7. The undersigned attorney for Defendant Town of Barnwell signs this Notice of Removal pursuant to Rule 11, Fed. R. Civ. P.

WHEREFORE, Defendant Town of Barnwell prays this Court accept this Notice of Removal, which is being filed, and that this Court take jurisdiction of the above-captioned action

from the Court of Common Pleas for Barnwell County, State of South Carolina, bearing Civil

Action Number 2025CP0600278.

Respectfully submitted,

October 9, 2025

Bamberg, SC

*s/Norma A. T. Jett*
Norma A. T. Jett (ID #5101)
Alison Dennis Hood (ID #11078)
Ness & Jett, LLC
Post Office Box 909
Bamberg, SC 29003
(803)245-5178
normajett@gmail.com
alisondhood@gmail.com
ATTORNEYS FOR DEFENDANT
TOWN OF BARNWELL

**CONSENTS OF CO-DEFENDANTS:**

Defendants Barnwell County and Barnwell County Sheriff's Office hereby consent to the removal of this action from state court to the United States District Court for the District of South Carolina.

October 9, 2025

Charleston, SC

*J. W. Nelson Chandler*
J. W. Nelson Chandler (ID #7593)
Chandler & Dudgeon, LLC
Post Office Box 547
Charleston, SC 29402
(843)577-5410
nelson@chandlerdudgeon.com
ATTORNEY FOR DEFENDANTS BARNWELL COUNTY
AND BARNWELL COUNTY SHERIFF'S OFFICE

(consents continue on next page)

3

Defendants South Carolina Department of Public Safety and its division, South Carolina Highway Patrol hereby consent to the removal of this action from state court to the United States District Court for the District of South Carolina.

October 9, 2025

Columbia, SC

*William H. Davidson, II*
William H. Davidson, II (ID #425)
Davidson & Wren, P.A.
Post Office Box 8568
Columbia, SC 29202-8568
(803)808-8222
wdavidson@dml-law.com
ATTORNEY FOR DEFENDANTS SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY AND SOUTH CAROLINA HIGHWAY PATROL

4