IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronquel Livingston,<br><br>Plaintiff,<br><br>v.<br><br>Barnwell County; Barnwell County Sheriff's Office; Town of Barnwell; South Carolina Highway Patrol; and South Carolina Department of Public Safety,<br><br>Defendant. | C/A No. 1:25-cv-12898-JFA-PJG<br><br>**ORDER** |

Through counsel, Plaintiff Ronquel Livingston filed this civil rights action against the defendants, raising claims pursuant to 42 U.S.C. § 1983, as well as state law. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

Specifically, the Magistrate Judge undertook an initial review of the motion for summary judgment filed by South Carolina Highway Patrol and South Carolina Department of Public Safety. (ECF No. 40). After receiving full briefing on the motion, the Magistrate Judge prepared a thorough Report and Recommendation[1] ("Report"). (ECF No. 49). Within the Report, the Magistrate Judge opines that the motion should be granted in part and remaining claims remanded to state court. *Id.* The Report sets forth, in detail,

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Both parties were advised of their right to object to the Report, which was entered on the docket on October 5, 2026. *Id.* The Magistrate Judge required any objection to be filed by October 19, 2026. *Id.* Neither party filed objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, both parties failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Defendants' motion should be granted in part.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 49). Therefore, defendants' motion for summary judgment (ECF No. 40) is granted as to Plaintiff's first, third, and fifth causes of actions against Defendants South

Carolina Highway Patrol and South Carolina Department of Public Safety. Moreover, this court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims (second and fourth causes of action) and remands them to state court.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

November 17, 2026
Columbia, South Carolina